IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Idewu, Martha O | Case Number: 08 B 02044 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 1/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 3, 2008
Confirmed: May 22, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,394.66 |  |
| Secured: |  | 1,814.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 265.20 |
| Other Funds: |  | 2,314.66 |
| Totals: | 6,394.66 | 6,394.66 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | United International Mortgage Bank | Secured | 0.00 | 0.00 |
| 4. | United International Mortgage Bank | Secured | 0.00 | 0.00 |
| 5. | Americredit Financial Ser Inc | Secured | 9,757.83 | 1,814.80 |
| 6. | United International Mortgage Bank | Secured | 1,157.05 | 0.00 |
| 7. | Wells Fargo Home Mortgage | Secured | 4,013.06 | 0.00 |
| 8. | United International Mortgage Bank | Secured | 28,248.42 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 78.14 | 0.00 |
| 10. | Americredit Financial Ser Inc | Unsecured | 3,949.28 | 0.00 |
| 11. | Chicago Imaging Ltd | Unsecured |  | No Claim Filed |
| 12. | City Of Chicago | Unsecured |  | No Claim Filed |
| 13. | Americredit Financial Ser Inc | Unsecured |  | No Claim Filed |
| 14. | Midwest Diagnostic Pathology, SC | Unsecured |  | No Claim Filed |
| 15. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 16. | Head, Neck, And Cosmetic Surgery Asso. | Unsecured |  | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. | Advocate Health Care | Unsecured |  | No Claim Filed |
| 19. | MBNA America | Unsecured |  | No Claim Filed |
| 20. | MRSI | Unsecured |  | No Claim Filed |
| 21. | MRSI | Unsecured |  | No Claim Filed |
| 22. | Northland Group Inc | Unsecured |  | No Claim Filed |
| 23. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 24. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
| 25. | University Of Chicago Physicians | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Idewu, Martha O | Case Number: 08 B 02044 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/3/08 | Filed: 1/30/08 |

| | | | |
|---|---|---|---|
| 26. ACL Inc | Unsecured | | No Claim Filed |
| 27. GECAF | Unsecured | | No Claim Filed |
| 28. Illinois Collection Service | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 49,203.78 | $ 3,814.80 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 265.20 |
| | _____ |
| | $ 265.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____